UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO MEDRANO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MESA VERDE DETENTION CENTER,<br><br>Respondent. | No.  1:26-cv-03199-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 1, 6) |

Petitioner Rosendo Medrano is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 6.)  Specifically, the magistrate judge found that petitioner was unlawfully detained pursuant to 8 U.S.C.  § 1225(b)(2) because petitioner is not an "applicant for admission" within the meaning of the statute.  (*Id.* at 3–4.)  Accordingly, the magistrate judge recommended the immediate release of petitioner.  (*Id.* at 5.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

/////

1

seven (7) days after service. (*Id.*) To date, no objections have been filed and the time in which to do so has passed.

For the reasons above,

1. The findings and recommendations issued on May 21, 2026 (Doc. No. 6) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondent is ORDERED to immediately release petitioner Rosendo Medrano, A-File No. 221-486-564, from respondent's custody;

    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, with the procedure for such hearing set in compliance with 8 U.S.C. § 1226(a) and its implementing regulations;

    c. Respondent is ORDERED to return all of petitioner's documents and possessions in its possession upon petitioner's release;

3. The Clerk of the Court is directed to serve a copy of this order on the Mesa Verde Detention Facility; and

4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 2, 2026**

                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE

2